UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gordon Springs,

                    Plaintiff,

              -v-

The City of New York et al.,

                    Defendants.

17-cv-0451 (DEW)

AMENDED MEDIATION
REFERRAL ORDER

DONALD E. WALTER, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation shall have no effect upon any scheduling order issued by this Court without leave of this Court.  The mediation must be completed by **January 7, 2020**.

SO ORDERED.

Dated: November 19, 2019
       New York, New York

_____
            Donald E. Walter
       United States District Judge