UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gordon Springs,

        Plaintiff

    -v-

City of New York, et al.

        Defendants

17-cv-0451
ORDER

    The deadline to submit Motions in Limine is hereby extended until February 10, 2020.

Any opposition is due on February 17, 2020.

    THUS DONE AND SIGNED, this 27th day of January, 2020.

                                            _____
                                            DONALD E. WALTER
                                            UNITED STATES DISTRICT JUDGE