UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gordon Springs,<br><br>    Plaintiff<br><br>  -v-<br><br>City of New York, et al.<br><br>    Defendants | 17-cv-0451<br>ORDER |

On March 13, 2020, the Southern District of New York issued a Standing Order continuing all civil and criminal jury trials set to begin before April 27, 2020. Accordingly, the jury trial of this matter is hereby CONTINUED.

THUS DONE AND SIGNED, this 16th day of March, 2020.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE