UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GORDON SPRINGS.,**

                         Plaintiff,

   -against-

**THE CITY OF NEW YORK**, et al.,

                        Defendants.

No. 17 Civ. 451 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021

## ORDER

McMahon, C.J.:

The motions *in limine* at Dkt. 116, 117, and 119 have been superseded by new motions and are denied as moot. The clerk of court is directed to remove Dkt. 116, 117, and 119 from the Court's list of open motions.

Dated: April 7, 2021

                                                                                 Chief Judge

BY ECF TO ALL PARTIES AND COUNSEL