UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Gordon Springs,

                  Plaintiff,

  -against-

City of New York, et al.,

                  Defendant(s).
-------------------------------------------------------X

No. 17 Civ. 451 (CM)

**TRIAL NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

Please take notice that the above captioned matter is on the list of cases to be tried during the third quarter of 2021. This matter has been assigned a trial date – it is a backup case that has been scheduled in the event that other cases currently scheduled for trial are resolved. Parties should be prepared to commence trial as early as Monday, **September 13, 2021 at 9:30 a.m.** and may be called at any time thereafter to appear for jury selection and trial. A final pre-trial conference has been scheduled for Tuesday, July 13, 2021 at 10:00 a.m.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: May 5, 2021
       New York, New York

                                          United States District Judge

                                          So Ordered