UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GORDON SPRINGS,

              Plaintiff,                     17 **CIVIL** 451 (CM)

   -against-                                **JUDGMENT**

THE CITY OF NEW YORK et al.,
              Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, the jury having returned a verdict in favor of Defendants on all claims, and the Complaint is hereby dismissed.

DATED: New York, New York
          July 28, 2022

                                                                       **RUBY J. KRAJICK**
                                                                          **Clerk of Court**
So Ordered:

                                                                 BY:

**U.S.D.J.**                                                             **Deputy Clerk**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/22
```