UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GORDON SPRINGS,

        Plaintiff,

-against-                                                                    17 Civ. 451 (CM)

THE CITY OF NEW YORK, et al.,

        Defendants.

---------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/24
```

## FINAL JUDGMENT

WHEREAS, the United States Court of Appeals for the Second Circuit has directed this court, in its mandate dated February 9, 2024, to amend the final judgment in this action in certain respects, *nunc pro tunc* to July 28, 2022;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. All claim asserted in this action against Defendants Nigro and Vreeland are dismissed on the merits and with prejudice per order of The Hon. Alison Nathan, then United States District Judge, dated March 29, 2019 (Dkt. #85)

2. All federal claims asserted in this action against Defendants Swift, Grillo and Aristy are dismissed on the merits and with prejudice per order of The Hon. Donald E. Walter United States District Judge for the Western District of Louisiana (sitting by designation in the Southern District of New York), dated November 15, 2019 (Dkt. #133).

3. All non-federal claims asserted in this action against Defendants Swift, Grillo and Aristy are voluntarily discontinued without prejudice, per the same order of The Hon. Donald E. Walter dated November 15, 2019 (Dkt. #133).

4. All claims asserted in this action against Defendant The City of New York are dismissed on the merits and with prejudice, either per order of The Hon. Alison Nathan dated March 29, 2019 (Dkt. # 85) or by a jury that reached a defendants'

verdict following a jury trial held before The Hon. Colleen McMahon, U.S.D.J., during the period July 6 -12, 2022.

Dated: February 29, 2024, *nunc pro tunc* to July 28, 2022.


SO ORDERED

_____

U.S.D.J.


CLERK OF COURT


BY: _____

          Deputy Clerk